# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| | CRIMINAL DOCKET NUMBER: 2:17-cr-00180 / |
| **ASHLEY MILLER** | DATE OF INDICTMENT: 7/11/2017 |
| | STATUTE: 21:846 |
| DATE ARRESTED: **July 12, 2017** | |

## INITIAL APPEARANCE

| Before Magistrate | [X] LENIHAN  [ ] MITCHELL  [ ] EDDY | [ ] KELLY  [ ] BAXTER  [ ] PESTO | Date: **July 12, 2017** | Cassette Tape # |
| --- | --- | --- | --- | --- |
| | | | Time: **2:40 - 2:55** | Tape Index: |

U. S. ATTORNEY: Caitlin Loughran ~~[struck through]~~

**1. RIGHTS EXPLAINED**

**2. COMPLAINT/INDICTMENT/INFORMATION:**
- [X] Read
- [X] Summarized
- [ ] Reading waived
- [X] Defendant provided with a copy of the charges
- [ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
- [X] Read
- [X] Summarized
- [ ] Reading waived

**4. COUNSEL**
- [X] Defendant requested appointment
- [ ] Defendant waived appointment — MICHAEL MOSER
- [X] Defendant represented by: ~~[struck]~~ ~~MARKOWITZ~~
- [ ] Defendant expects to retain:
- [X] Affidavit executed.
- [ ] Not Qualified
- [X] Qualified
- [ ] with possible requirement for partial or full payment
- [ ] Federal Public Defender appointed
- [X] CJA Panel Attorney: LEE MARKOWITZ TO BE appointed

**5. BAIL**
- Recommended Bond: $10,000 Unsecured
- Bond Set at: $10,000 Unsecured
- [X] By Consent
- [X] Additional Conditions Imposed: And outlined in the Order Setting Conditions of Release
- [ ] By Magistrate
- [ ] Bond Posted
- [ ] Temporary Commitment issued
- [ ] Final Commitment issued
- Bond Review Hearing Set For:
- Detention Hearing Set For:

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary ~~Exam/Rule 40~~/Arraignment set for: **7/21/17 @ 10:30 AM** Before Magistrate **LISA PUPO LENIHAN**

ADDITIONAL COMMENTS: