IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.                                       )<br>)<br>ASHLEY MILLER                    ) | Criminal No. 2:17-cr-00180 |

## ORDER APPOINTING COUNSEL

**AND NOW**, this 12th day of July, 2017, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, attorney **Michael Moser** is appointed as CJA counsel for defendant **ASHLEY MILLER** pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective July 12, 2017.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge
